# Exhibit A

# COVER SHEET FOR FILING CIVIL ACTIONS

COMMONWEALTH OF VIRGINIA

Case No. CL 25-284
(CLERK'S OFFICE USE ONLY)

Louisa Circuit Court

Austin W. Newsom and Central VA Marine v./In re: Amazon Data Services Inc.
PLAINTIFF(S) DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [x] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

FILED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF THE LOUISA COUNTY CIRCUIT
DATE: 08/11/2025 @16:20:27
PATTY MADISON, CLERK
TESTE [signature]
CLERK/DEPUTY CLERK

## MISCELLANEOUS
- [ ] Amend Birth/Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [x] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [x] Other (please specify) private nuisance

[x] Damages in the amount of $ 1,000,000.00 are claimed.

8/8/2025
DATE

[signature]
[ ] PLAINTIFF [ ] DEFENDANT [x] ATTORNEY FOR [x] PLAINTIFF [ ] DEFENDANT

Christopher Jánszky, Esq. (VSB #99069)
PRINT NAME

MichieHamlett PLLC, 310 4th St. NE, 2nd Floor
Charlottesville, VA 22902, 434.951.7285
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

cjanszky@michiehamlett.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

310 4TH ST. NE, 2ND FLOOR
POST OFFICE BOX 298
CHARLOTTESVILLE, VA 22902
MAIN: 434.951.7200

MICHIEHAMLETT
ATTORNEYS AT LAW

MATTHEW J. BALDWIN
*mbaldwin@michiehamlett.com*
*Phone: 434.951.7239*
*Fax: 434.951.7259*

August 8, 2025

FILED IN THE CLERK'S OFFICE
OF THE CIRCUIT COURT OF THE
LOUISA COUNTY CIRCUIT
DATE: 08/11/2025 @16:19:55

PATTY MADISON ,CLERK
TESTE: [signature]
~~CLERK~~/DEPUTY CLERK

**VIA FEDEX**

Hon. Atty Madison, Clerk
Louisa Circuit Court
Box 37
100 W. Main Street
Louisa, VA 23093

**Re:** ***Austin W. Newsom and Central VA Marine v. Amazon Data Services Inc.***
**Case No.** CL25-284

Dear Clerk Madison,

On behalf of Christopher Jánszky, please find enclosed for filing in the above-styled matter a Complaint along with a civil cover sheet and a filing fee check in the amount of $344.00. Also enclosed for filing is a Motion for Temporary Injunction. Please issue a summons for the Complaint, and Motion for Temporary Injunction, and return that to me in the enclosed FedEx package; enclosed is an extra copy of the Complaint, and Motion for Temporary Injunction, for that purpose.

Thank you for your assistance, and do not hesitate to contact me if you have any questions or concerns.

Sincerely,

[signature]

Matthew J. Baldwin
Paralegal

Encl.

C: Christopher Jánszky, Esq. (via email w/encl.)
Client (via email w/encl.)

{01637387-1}

# SERVICE OTHER THAN BY VIRGINIA SHERIFF

COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. CL25000284-00
Service No. .................... (Clerk's use only)

LOUISA COUNTY Circuit Court

AUSTIN W NEWSOM, ET AL v. AMAZON DATA SERVICES INC

AMAZON DATA SERVICES INC, CORPORATION SERVICE CO., REG AG, 100 SHOCKOE SLIP, FLOOR 2,
is the name and address of the person upon whom service of the following is to be made: RICHMOND, VA 23219-4100

[X] Summons and Complaint
[ ] ....................

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

....................

or,

[ ] I am a private process server (list name, address and telephone number below).

....................

....................

or,

[ ] I am an investigator employed by the Indigent Defense Commission serving a witness subpoena while engaged in the performance of my official duties.

or,

[ ] I am an investigator employed by an attorney for the Commonwealth serving process while engaged in the performance of my official duties. I affirm that the sheriff for the jurisdiction where process was served has agreed that I may serve process. (List sheriff's name, title and agency below).

....................

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

— Date and time of service: ....................

— Place of service: ....................
STREET ADDRESS, CITY AND STATE

— Method of service:

[ ] Personal Service | [ ] Not Found

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ....................

....................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

[ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

....................
DATE OF MAILING

........................................ DATE

SIGNATURE

State/Commonwealth of ........................................, [ ] City [ ] County of ........................................

Subscribed and sworn to/affirmed before me this .................... day of ........................................, 20 ..........

by ........................................................................................................
PRINT NAME OF SIGNATORY TITLE

........................................ DATE

NOTARY PUBLIC (My commission expires ........................................)

Registration No. ........................................

# COMMONWEALTH OF VIRGINIA

## SUMMONS – CIVIL ACTION

RULE 3:5; VA. CODE § 8.01-2

Case No. CL25000284-00

LOUISA COUNTY CIRCUIT COURT

100 W. MAIN STREET, P.O. BOX 37, LOUISA, VA 23093

ADDRESS

TO:

AMAZON DATA SERVICES INC.
CORPORATION SERVICE COMPANY, REG AG
100 SHOCKOE SLIP, FLOOR 2
RICHMOND, VA 23219-4100

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

AUGUST 12, 2025
DATE

PATTY C. MADISON Clerk

by DEPUTY CLERK

Instructions:

Hearing Official:

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR LOUISA COUNTY**

**AUSTIN W. NEWSOM**

**and**

**CENTRAL VA MARINE**

**Plaintiffs,**

**v.**

**AMAZON DATA SERVICES INC.**

Serve:
Corporation Service Company, Reg. Ag.
100 Shockoe Slip
Floor 2
Richmond, VA 23219-4100

**Defendant.**

**Case No.** CL25-884

FILED IN THE CLERK'S OFFICE
OF THE CIRCUIT COURT OF THE
LOUISA COUNTY CIRCUIT
DATE: 08/11/2025 @16:20:41

PATTY MADISON ,CLERK

TESTE: KCW
~~CLERK~~/DEPUTY CLERK

**COMPLAINT**

COME NOW Plaintiffs Austin Newsom and Central VA Marine, by counsel, and for their Complaint against Amazon Data Services Inc. allege the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to Va. Code § 17.1-513.

2. Venue is proper in this Court pursuant to Va. Code § 8.01-262.

{01593309-3 }

## THE PARTIES

3. Plaintiff Austin W. Newsom is an individual who owns and resides at 2623 Jefferson Highway, Louisa, VA 23093 (Parcel ID No. 58-12) (the "Newsom Property").

4. Plaintiff Central VA Marine, which specializes in boat repair and detailing, is a limited partnership licensed to do business in Virginia and whose principal office is on the Newsom Property. Mr. Newsom is one of Central VA Marine's two partners.

5. Defendant Amazon Data Services Inc. ("Amazon") is a corporation licensed to do business in Virginia and who owns the following contiguous parcels in Louisa County, including 2694 Jefferson Highway, Louisa, VA 23093 (Parcel ID No. 58-11C) (immediately adjacent to the Newsom Property); 2998 Jefferson Highway, Louisa VA 23093 (Parcel ID No. 58-30B); Parcel ID No. 58-30C; Parcel ID No. 58-30; Parcel ID No. 58-32; Parcel ID No. 70-47; 1628 Mt. Airy Road, Louisa, VA 23093 (Parcel ID No. 70-48); and Parcel ID No. 71-3 (collectively, the "Amazon Property").

6. Beginning in or around March 2025, Amazon began construction work on the Amazon Property to build a data center campus to be known as Northeast Creek Technology Campus (the "Northeast Creek Data Center" or the "Data Center").

7. Construction is scheduled for completion in or around 2031.

8. When complete, the Northeast Creek Data Center is scheduled to include 10 buildings, three substations, logistic and administrative buildings, stormwater structures, and associated infrastructures.

9. The Northeast Creek Data Center is the second of three Amazon data centers that were scheduled for Louisa County. The first, the Lake Anna Tech Campus, located east of the intersection of Haley Drive and Kentucky Road, is scheduled for completion in or around 2027. The third, on a 1370-acre parcel near the Northeast Creek Reservoir, was withdrawn by Amazon in July 2025 after Louisa citizens expressed strong resistance to its construction.

10. Construction of the Data Center has been an ongoing nuisance to Plaintiffs.

11. Shortly after construction began, Mr. Newsom began experiencing issues with the water at his house which had not existed previously.

12. Namely, the water will turn brown intermittently. Mr. Newsom reasonably fears for his health and is reluctant to drink the water at his home.

13. Plaintiffs also suffer from a barrage of noise and light pollution while at the Newsom Property.

14. Construction of the Data Center is extraordinarily loud and at hours prohibited by Louisa County. *See* Louisa County Code of Ordinances §§ 51-2, 51-3(10).

15. Moreover, flashing blue lights are nearly continuously displayed at the Amazon Property, including at night, which is an ongoing nuisance to Plaintiffs.

16. Further, heavy construction has damaged nearby roads and created safety hazards.

17. Trucks frequently obstruct the roadway in front of the Newsom Property, making access difficult.

18. Indeed, there have been multiple near-accidents involving Central VA Marine's customers attempting to enter or exit the Newsom Property while towing boats.

19. Central VA Marine's clientele are owners of high-end recreational boats that expect a clean and professional environment for the care of their vehicles. Instead, the Newsom Property is now a chaotic workplace, making customer service and boat repair nearly impossible above the dust and din from the adjacent construction site.

20. In fact, several of Central VA Marine's customers have stated that they will not return to have their boats serviced at the Newsom Property until construction of the Northeast Creek Data Center is complete, directly and severely impacting Mr. Newsom and his business.

21. Further, air quality on the Newsom Property has been diminished by dust and debris from the construction.

22. Further, the use of heavy machinery and excavation equipment at the Northeast Creek Data Center site has caused significant vibrations to Mr. Newsom's home on the Newsom Property, resulting in cracking to the structure of the home.

23. Further, the excavation on the adjacent construction site has disrupted natural drainage patterns, creating environmental and property concerns, namely, significant flooding in the roadway leading to the Newsom Property, which was not an issue prior to construction.

24. Further, the constant nuisance has taken a significant toll on Mr. Newsom's mental health.

25. Finally, Amazon's ongoing nuisance has significantly devalued the Newsom Property.

## COUNT I – PRIVATE NUISANCE

26. Plaintiffs incorporate by reference all previous paragraphs of this Complaint.

27. Amazon's ongoing activities, including but not limited to, Defendants' contamination of Mr. Newsom's water supply, excessive noise pollution, excessive light pollution, air pollution, blocking of roadways, flooding of roadways, and vibrations and cracking to Mr. Newsom's house on the Newsom Property, have obstructed and interfered with Plaintiffs' reasonable and comfortable use of their property, and therefore constitutes an actionable nuisance.

28. Defendants' ongoing activities are willful and evince a conscious disregard of the rights of Plaintiffs.

29. As a direct and proximate result of this private nuisance, Plaintiffs have suffered harm and the loss of the use and enjoyment of the Newsom Property.

30. As a direct and proximate result of this private nuisance, of which Amazon is in complete control, Amazon has caused a material disturbance and annoyance to Plaintiffs in their use and occupation of the Newsom Property.

## COUNT II – TEMPORARY INJUNCTIVE RELIEF

31. Plaintiffs incorporate by reference all previous paragraphs of this Complaint.

32. Plaintiffs seek an order from this Court temporarily enjoining further construction on the Northeast Creek Data Center until their nuisance claim is decided on the merits or Amazon substantially abates the ongoing nuisance described herein.

33. As alleged herein and further explained in the Motion for Temporary Injunction filed contemporaneously with this Complaint, Plaintiffs are likely to succeed on the merits. This matter presents a hornbook case of nuisance.

34. Should the nuisance continue and the status quo remain, Plaintiffs would be irreparably harmed as Plaintiffs have no adequate remedy at law.

35. The balance of the equities is in Plaintiffs' favor as Plaintiffs have lawfully used, improved and occupied the Newsom Property since 2016. Amazon, by contrast, has caused the Amazon Property to be an ongoing nuisance and has flouted Louisa County Code in its construction of the Northeast Creek Data Center.

36. A temporary injunction serves the public interest by preventing an ongoing nuisance and dangerous conditions. A temporary injunction further serves the public interest by encouraging productive land use and protecting property rights.

37. Accordingly, preliminary injunctive relief is appropriate to preserve the status quo until such time as the Court decides Plaintiffs' nuisance claim on the merits.

WHEREFORE Plaintiffs Austin W. Newsom and Central VA Marine respectfully pray for judgment against Defendant Amazon Data Services Inc. and that Defendant is liable to Plaintiffs in an amount of no less than $1,000,000, plus pre- and post-judgment interest; for an order temporarily enjoining Defendant from further construction on the

Amazon Property until Plaintiffs' nuisance claim is decided on the merits or Defendant substantially abates the ongoing nuisance described herein; and that the Court grant such other and further relief as the Court deems appropriate.

**TRIAL BY JURY DEMANDED.**

Respectfully Submitted,

AUSTIN W. NEWSOM
CENTRAL VA MARINE

By: ______________________
Of Counsel

Christopher Jánszky, Esq. (VSB #99069)
MichieHamlett PLLC
310 4th St. NE, 2nd Floor
Charlottesville, VA 22902
P: (434) 951-7285
F: (434) 951-7245
cjanszky@michiehamlett.com
*Counsel for Plaintiffs*

## SERVICE OTHER THAN BY VIRGINIA SHERIFF

COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. CL25000284-00

Service No. ........................ (Clerk's use only)

LOUISA COUNTY ........................ Circuit Court

AUSTIN W NEWSOM, ET AL ........................ v. AMAZON DATA SERVICES INC

AMAZON DATA SERVICES INC, CORPORATION SERVICE CO., REG AG, 100 SHOCKOE SLIP, FLOOR 2, RICHMOND, VA 23219-4100
is the name and address of the person upon whom service of the following is to be made:

[X] Summons and Complaint
[ ] ........................

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:
........................
or,
[ ] I am a private process server (list name, address and telephone number below).
........................
........................
or,
[ ] I am an investigator employed by the Indigent Defense Commission serving a witness subpoena while engaged in the performance of my official duties.
or,
[ ] I am an investigator employed by an attorney for the Commonwealth serving process while engaged in the performance of my official duties. I affirm that the sheriff for the jurisdiction where process was served has agreed that I may serve process. (List sheriff's name, title and agency below).
........................
2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.
— Date and time of service: ........................
— Place of service: ........................
STREET ADDRESS, CITY AND STATE
— Method of service:

| [ ] Personal Service | [ ] Not Found |
|---|---|
| [ ] Being unable to make personal service, a copy was delivered in the following manner:<br>[ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ........................<br>........................<br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).<br>[ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.<br>........................<br>DATE OF MAILING | |

FILED IN THE CLERK'S OFFICE
OF THE CIRCUIT COURT OF THE
LOUISA COUNTY CIRCUIT
DATE: 08/20/2025 @13:51:02

PATTY MADISON , CLERK

TESTCLERK/DEPUTY CLERK

................................................ DATE

SIGNATURE

State/Commonwealth of ................................................, [ ] City [ ] County of ................................................

Subscribed and sworn to/affirmed before me this ........................ day of ................................................, 20 ............

by ................................................ PRINT NAME OF SIGNATORY ................................................ TITLE

................................................ DATE

NOTARY PUBLIC (My commission expires ................................................)

Registration No. ................................................

# The Marston Agency, Inc.

08/14/25

11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

**Plaintiff:** Austin W Newsom, et al
**Court:** Louisa County Circuit Court
**Defendant:** Amazon Data Services Inc
**Case:** CL25000284
**Serve:** Amazon Data Services Inc
Corporation Service Company
100 Shockoe Slip 2nd Floor
Richmond, VA 23219
**Return Date:**
**Time:**
**Contact:** Christopher Janszky, Esq.
310 4th St NE, 2nd Floor
Charlottesville, VA 22902
**Phone:** 4349517285
**Reference:**

**Type(s) of Writ(s)** paper:4127376

Summons and Complaint

Witness/Defendant Amazon Data Services Inc was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to ____________ who is a member of his/her family and is the ____________ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(✓) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) **DESIGNEE** Service on an entity pursuant to Code 8.01-513. Name and title ____________
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, Zach Moore hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 8/15/25 Served Time: 0830

[signature]
Signature of Process Server

**Notary**

State of: Virginia County/City of: Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this 15 day of Aug/Sep 2025
Notary Public: [signature]

Type of Service: A Auth Attempts: 1 Order: 974834 Same Day Rush: No 1 Day Rush: No 2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

MARGARET M FLOYD NOTARY PUBLIC REG # 8104482 MY COMMISSION EXPIRES 1/31/2028 COMMONWEALTH OF VIRGINIA

Rene Nordquist, per affidavit

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

Beverley L. Crump
Dustin Kline
Katelyn VanBuren
Rene Nordquist
Sarah White

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 22nd day of October 2024.

CORPORATION SERVICE COMPANY

By: [signature]
Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 22nd day of October 2024, by George Massih

[signature: Janet B. Woznicki]
Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 05-18-2026

VIRGINIA:

IN THE CIRCUIT COURT FOR LOUISA COUNTY

| | |
|---|---|
| AUSTIN W. NEWSOM<br>and<br>CENTRAL VA MARINE<br>Plaintiffs,<br>v.<br>AMAZON DATA SERVICES INC.<br>Defendant. | Case No. CL25-284 |

## MOTION FOR TEMPORARY INJUNCTION

COME NOW Plaintiffs Austin W. Newsom and Central VA Marine, by counsel, and hereby submit this Motion for Temporary Injunction against Defendant Amazon Data Services Inc. In support thereof, Plaintiffs allege as follows:

1. Plaintiffs incorporate by reference the allegations made in the Complaint filed contemporaneously with this Motion.[1]

2. Amazon's construction of the Northeast Creek Data Center on the Amazon Property constitutes an ongoing nuisance.

3. For all the reasons stated in Count II of the Complaint, a temporary injunction enjoining Amazon from Defendant from further construction on the Amazon

[1] All defined terms in the Complaint have the same meaning here.

Property until Plaintiffs' nuisance claim is decided on the merits or Amazon substantially abates the ongoing nuisance described therein is necessary to preserve the status quo.

4. Plaintiffs are likely to succeed on the merits. This matter presents a hornbook case of private nuisance: as reflected in the Complaint, Amazon has caused: the contamination of Mr. Newsom's water supply, excessive noise pollution, excessive light pollution, air pollution, blocking of roadways, flooding of roadways, and vibrations and cracking to Mr. Newsom's house on the Newsom Property.

5. The foregoing activities have obstructed and interfered with Plaintiffs' reasonable and comfortable use of their property

6. Without intervention from this Court in the form of temporary injunctive relief, Plaintiffs would be irreparably harmed as Plaintiffs have no adequate remedy at law.

7. The balance of the equities is in Plaintiffs' favor as Plaintiffs have lawfully used, improved and occupied the Newsom Property since 2016. Amazon, by contrast, has caused the Amazon Property to be an ongoing nuisance and has flouted Louisa County Code in its construction of the Northeast Creek Data Center.

8. A temporary injunction serves the public interest by encouraging productive land use and protecting property rights.

9. A temporary injunction further serves the public interest by preventing an ongoing nuisance and dangerous conditions in and around the Amazon Property.

10. Accordingly, preliminary injunctive relief is appropriate to preserve the status quo until such time as the Court decides Plaintiffs' nuisance claim on the merits.

WHEREFORE Plaintiffs Austin W. Newsom and Central VA Marine respectfully request that this Court issue an order temporarily enjoining Defendant from further construction on the Amazon Property until Plaintiffs' nuisance claim is decided on the merits or Defendant substantially abates the ongoing nuisance described herein

Respectfully Submitted,

AUSTIN W. NEWSOM
CENTRAL VA MARINE

By: ______________________
Of Counsel

Christopher Jánszky, Esq. (VSB #99069)
MichieHamlett PLLC
310 4th St. NE, 2nd Floor
Charlottesville, VA 22902
P: (434) 951-7285
F: (434) 951-7245
cjanszky@michiehamlett.com
*Counsel for Plaintiffs*